IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOE S. WESLEY, SR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00466 SWW |
| | * | |
| ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM, GAIL H. STONE, Executive Director, | * * * | |
| | * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date, Plaintiff complaint is hereby dismissed with prejudice.

DATED this 21st day of June, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE